UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Naeem Malik

vs.                                                    Case No.  4:25-cv-01761-JMD

Health Care Service Corporation, et al

ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's office

## Option 1

( )    The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline : _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

## Option 2

(✓)    An ADR conference was held on: 7/1/2026 .

All required individuals, parties, counsel of record, corporate representatives, and/or claim professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claim professionals failed to appear and/or participate in good faith as ordered:

_____ .

The ADR referral was concluded on 7/1/2026
The parties [(✓) did ( ) did not] achieve a settlement. Check one.

## Option 3

( )    Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 7/2/2026                          Neutral: KIM KIRN/ks