**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| NAEEM MALIK, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )    Case No.  4:25-cv-01761-JMD |
| HEALTH CARE SERVICE | ) |
| CORPORATION and LUMINARE | ) |
| HEALTH BENEFITS, INC., | ) |
| | ) |
|         Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Naeem Malik and Defendants Health Care Service Corporation and Luminare Health Benefits, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice, with each party to pay its own attorney's fees and costs.


*Counsel for Plaintiff*

/s/ Kevin J. Kasper
Kevin J. Kasper
3930 Old Hwy 94 South – Suite 108
St. Charles, MO 63304
kevinkasper@kasperlawfirm.net
kasperlawfirm@att.net

*Counsel for Defendants*

/s/ Jill S. Vorobiev
Jill S. Vorobiev (6237734)
Amanda J. Witt (6341444)
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel.: (312) 324-1000
jill.vorobiev@morganlewis.com
amanda.witt@morganlewis.com

J. Yasmin Tayyab Simon (66820)
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Tel.: (214) 466-4000
yasmin.simon@morganlewis.com